# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 24-00050-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DAVID LEE FAIL | MAGISTRATE JUDGE AYO |

## ORDER

In accordance with this Court's previous continuance of the trial date in the above-captioned matter (Record Document 41), the following written reasons are hereby specified, in addition to the Court's oral reasons provided during the telephone status conference.

The Court, on its own motion, granted "such continuance on the basis of [its] findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C.A § 3161(h)(7)(A). Additionally, the continuance was warranted to prevent "a miscarriage of justice." 18 U.S.C.A. § 3161(h)(7)(B)(i). The August 11, 2025 trial date was selected given the complexities specific to this case and to ensure essential witnesses would be available during trial, as that was the reasoning behind a previous continuance. See 18 U.S.C.A. § 3161(h)(3) & (h)(7)(B)(ii); see also Record Document 39. The Court further concluded a continuance would prevent "deny[ing] counsel for the defendant [and/] or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C.A. § 3161(h)(7)((B)(iv).

Accordingly, the Court's most recent continuance (Record Document 41) was grounded in sufficient reasons and was warranted under both the facts of this case and the applicable law.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 6th day of August, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE